# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

37-02008-00069486-CU

| | |
|---|---|
| ARREZOLA, et al., | CASE NO. 08cv01804 |
| Plaintiffs, | ORDER REMANDING ACTION TO STATE COURT |
| vs. | |
| GENERAL ELECTRIC CO., | |
| Defendant. | |

On October 3, 2008, Defendant General Electric Co. filed a Notice of Removal from San Diego Superior Court, Central Division pursuant to 28 U.S.C. § 1441(b). Defendant based its removal action on diversity jurisdiction under 28 U.S.C. § 1332(a). Because Plaintiff's complaint did not state a specific amount in controversy, on October 14, 2008, the Court issued an order to show cause why the case should not be remanded to state court.

When it is unclear what amount of damages is sought by the plaintiff, the defendant bears the burden of proving the facts to support jurisdiction, including the jurisdictional amount. Gaus v. Miles, Inc., 980 F.2d 564, 566 (9th Cir. 1992). The defendant must prove the existence of the amount in controversy by a preponderance of the evidence. Sanchez v. Monumental Life Ins. Co., 102 F.3d 398, 403–404 (9th Cir. 1996).

Defendant has not met its burden here. In its response, Defendant concedes that it has not been able to determine the specific amount of damages sought by Plaintiff. Defendant admits that "it cannot provide the Court with the necessary evidence to support the amount in controversy of $75,000.00, at this time." (Def. Am. Resp. to Order to Show

Cause 2.)  The Court thereby orders the case **REMANDED** to San Diego Superior Court, Central Division.

**IT IS SO ORDERED.**

DATED:  November 3, 2008

Honorable Barry Ted Moskowitz
United States District Judge